UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

STEPHANIE BAIYASI,

      Plaintiff,

v

DELTA COLLEGE and DAVID
BAILEY, in his individual and official
capacity, Jointly and Severally,

      Defendants.
_____/

Case No. 1:11-cv-13094-TLL-CEB

HON. THOMAS L. LUDINGTON

VICTOR J. MASTROMARCO, JR. (P-34564)
MANDA L. DANIELESKI (P-62597)
Attorneys for Plaintiff
1024 North Michigan Avenue
Saginaw, Michigan 48602
(989) 752-1414

**CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.**
By:    **EILEEN K. HUSBAND** (P-38059)
33900 Schoolcraft
Livonia, Michigan 48150
(734) 261-2400
Attorneys for **Defendants**
_____/

### STIPULATION AND ORDER EXTEND TIME FOR ALL DEFENDANTS TO FILE RESPONSIVE PLEADINGS TO PLAINTIFF'S FIRST AMENDED COMPLAINT THROUGH JANUARY 25, 2012

**NOW COME** the Parties by and through their respective attorneys and Stipulate that the deadline for all Defendants to file responsive pleadings to the Plaintiff's First Amended Complaint shall be extended through January 25, 2012.

Submitted by:

/s/Manda Danieleski  /s/ Eileen K. Husband
Manda Danieleski, Attorney for Plaintiff  Eileen K. Husband, Attorney for Defendants,
Stephanie Baiyasi  Delta College and David Bailey

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

STEPHANIE BAIYASI,

    Plaintiff,

v

    Case No. 1:11-cv-13094-TLL-CEB

    HON. THOMAS L. LUDINGTON

DELTA COLLEGE and DAVID
BAILEY, in his individual and official
capacity, Jointly and Severally,

    Defendants.

_____/

**ORDER EXTENDING TIME FOR ALL DEFENDANTS
TO FILE RESPONSIVE PLEADINGS TO PLAINTIFF'S FIRST
AMENDED COMPLAINT THROUGH JANUARY 25, 2012**

This matter having come before the Court upon the Stipulation of the Parties,

**IT IS HEREBY ORDERED** that the deadline for all Defendants to file responsive pleadings to the Plaintiff's First Amended Complaint is extended through January 25, 2012.

    s/Thomas L. Ludington
    THOMAS L. LUDINGTON
    United States District Judge

Dated: January 11, 2012

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on January 11, 2012.

    s/Tracy A. Jacobs
    TRACY A. JACOBS