UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

STEPHANIE BAIYASI,

    Plaintiff,

v

DELTA COLLEGE and DAVID BAILEY, in his individual and official capacity, Jointly and Severally,

    Defendants.
_____/

Case No. 1:11-cv-13094-TLL-CEB

HON. THOMAS L. LUDINGTON

VICTOR J. MASTROMARCO, JR. (P-34564)
MANDA L. DANIELESKI (P-62597)
Attorneys for Plaintiff
1024 North Michigan Avenue
Saginaw, Michigan 48602
(989) 752-1414

**CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.**
By:    **EILEEN K. HUSBAND** (P-38059)
33900 Schoolcraft
Livonia, Michigan 48150
(734) 261-2400
Attorneys for **Defendants**
_____/

## DEFENDANTS' REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' FIRST AMENDED MOTION FOR SUMMARY JUDGMENT
## EXHIBIT A

*Anoai v. Milford*, 2011 U.S. Dist. LEXIS 1159 p. 13 (S.D. Ohio Jan. 6, 2011)

*Smith v. West Manheim Township*, 2011 U.S. Dist. LEXIS 123135 (Mid. Dist. PA. Oct. 25, 2011)

*Adams v. U.S. Bank*, 2010 U.S. Dist. LEXIS 65411 (E.D. Mich July 2010)

*Kasten v. Ford Motor Company*, 2009 U.S. Dist. LEXIS 101348 (E.D. Mich. Oct. 30, 2009)

***Riever v. Saia Motor Freight Line, Inc.***, 2009 U.S. Dist. LEXIS 20420 (E.D. Mich. N. Div. Mar. 13, 2009

***Khalik v. United Airlines***, 212 U.S. App. LEXIS 2375 (10th Cir. Feb. 6, 2012)

***Ortiz v. Standard & Poor's*** 2011 U.S. Dist. LEXIS 99122 (S.D. N.Y. Aug. 29, 2011)

***Childs v Motor City Casino Hotel****,* 2010 U.S. Dist. LEXIS 142821 (E.D. Mich. Oct. 5, 2010)

P:\lsv\delta(baiyasi)replyto1stamendedmsjexlist2-24-12.wpd