UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

STEPHANIE BAIYASI,

    Plaintiff,

v.                                              Case Number 11-13094-BC
                                                  Honorable Thomas L. Ludington

DELTA COLLEGE and
DAVID BAILEY, individually
and in his official capacity,

    Defendants.
_____ /

**ORDER DIRECTING PLAINTIFF TO SHOW CAUSE WHY
THE CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION**

This civil action commenced on July 18, 2011, when Plaintiff filed suit against Defendants Delta College and David Bailey. ECF No. 1. In lieu of answering, Defendants moved for summary judgment. ECF Nos. 8, 17. Defendants also moved to stay discovery during the pendency of Defendants' summary judgment motions. ECF No. 22.

On May 24, 2012, the Court granted in part and denied Defendants' motions for summary judgment and denied and as moot Defendants' motion to stay discovery. ECF No. 24. Nearly three months have passed. No action has been taken by the parties.

Federal Rule of Civil Procedure 41(b) provides for involuntary dismissal for "failure of the plaintiff to prosecute" upon motion by the defendant. The Court, however, also has the inherent power to dismiss a claim sua sponte for failure to prosecute. *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–32 (1962).

Accordingly, it is **ORDERED** that Plaintiff is directed to **SHOW CAUSE** in writing on or before August 29, 2012, why the complaint should not be dismissed for failure to prosecute.

Dated: August 16, 2012

            s/Thomas L. Ludington
            THOMAS L. LUDINGTON
            United States District Judge

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 16, 2012.

            s/Tracy A. Jacobs
            TRACY A. JACOBS

---