UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

STEPHANIE BAIYASI,

        Plaintiff,                          Case No. 11-cv-13094-TLL-CEB
                                              Hon. Thomas L. Ludington

vs

DELTA COLLEGE and DAVID
BAILEY, in his individual and official
capacity, jointly and severally,

        Defendants.
_____/

THE MASTROMARCO FIRM
VICTOR J. MASTROMARCO, JR. (P34564)
MANDA L. DANIELESKI (P62597)
Attorneys for Plaintiff
1024 North Michigan Avenue
Saginaw, Michigan  48602
(989) 752-1414

CUMMINGS, McCLOREY, DAVIS & ACHO, PLC
EILEEN K. HUSBAND (P38059)
Attorneys for Defendants
33900 Schoolcraft
Livonia, MI 48150
(734) 261-2400
_____/

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

    NOW COMES, the Plaintiff, by through her attorneys The Mastromarco Firm and for

her response to the Court's Order to Show Cause states more fully as follows:

1. That on August 16, 2012 this court entered a show cause as to why this case should not be dismissed for failure to prosecute.

2. That on May 10, 2012 this Court entered an Granting in Part and Denying in Part Defendant's Motion to Dismiss.

3. That as part of that Order, the court dismissed Count I of Plaintiff's Complaint citing to a lack of authority on the part of the president to make final employment decisions.

4. That subsequent to the entry of that Order the Defendants disclosed the fact that the president does in fact have such authority and that there was a policy in effect at all times material hereto that gave the president such power.

5. That the parties do stipulate and agree that Count I should be reinstated and that Defendant may reserve all other defenses not previously asserted.

6. That the parties have been diligently working on a stipulation reflecting the above and have also requested a status conference with this Court to discuss these issues.

7. That the parties request that the court entertain a stipulation to reinstate count I, grant status conference, and issue a new case management order.

WHEREFORE, the Plaintiff request the relief as set forth herein.

        Respectfully submitted,

        THE MASTROMARCO FIRM

Dated: August 30, 2012    By:   _s/Manda L. Danieleski_
        MANDA L. DANIELESKI (P62597)
        Attorney for Plaintiff
        1024 North Michigan Avenue

Saginaw, Michigan 48602
(989) 752-1414
westervm@gmail.com

## PROOF OF SERVICE

      I hereby certify that on August 30, 2012, I presented the foregoing paper to the Clerk of the Court for filing and uploading to the ECF system which will send notification of such filing to the following: EILEEN K. HUSBAND, and I hereby certify that I have mailed by United States Postal Service the document to the following non ECF participants: N/A.

                                  THE MASTROMARCO FIRM

Dated: August 30, 2012        By:   s/Manda L. Danieleski
                                        MANDA L. DANIELESKI (P62597)
                                        Attorney for Plaintiff
                                        1024 North Michigan Avenue
                                        Saginaw, Michigan 48602
                                        (989) 752-1414
                                        westervm@gmail.com

1:11-cv-13094-TLL-CEB   Doc # 26   Filed 08/30/12   Pg 5 of 5   Pg ID 657