UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

STEPHANIE BAIYASI,

        Plaintiff,

v.

DELTA COLLEGE and DAVID BAILEY,

        Defendants.
        _____/

CASE NUMBER: 11-13094-BC

DISTRICT JUDGE THOMAS LUDINGTON

## NOTICE OF TELEPHONE STATUS CONFERENCE

You are hereby notified of a Telephone Status Conference, before the Honorable Thomas Ludington on the following date and time.

| DATE | TIME | LOCATION |
|---|---|---|
| **SEPTEMBER 25, 2012** | 2:30 PM | **Courtroom 214**<br>**1000 Washington Avenue**<br>**Bay City, MI 48708** |

**NOTE: Counsel for defendants is directed to initiate the conference call with all parties and the Court.**

## CERTIFICATION

I hereby certify that this notice was electronically filed, and the parties and/or counsel of record were served on this date.

THOMAS L. LUDINGTON
UNITED STATES DISTRICT JUDGE

By  s/Tracy Jacobs
      Deputy Clerk

Date: September 20, 2012