UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

STEPHANIE BAIYASI,

       Plaintiff,                          Case No. 11-cv-13094-TLL-CEB
                                                       Hon. Thomas L. Ludington

vs

DELTA COLLEGE and DAVID
BAILEY, in his individual and official
capacity, jointly and severally,

       Defendants.
_____/

THE MASTROMARCO FIRM
VICTOR J. MASTROMARCO, JR. (P34564)
MANDA L. DANIELESKI (P62597)
Attorneys for Plaintiff
1024 North Michigan Avenue
Saginaw, Michigan  48602
(989) 752-1414

CUMMINGS, McCLOREY, DAVIS & ACHO, PLC
EILEEN K. HUSBAND (P38059)
Attorneys for Defendants
33900 Schoolcraft
Livonia, MI 48150
(734) 261-2400
_____/

**PLAINTIFF'S RESPONSE TO**
**DEFENDANTS' AFFIRMATIVE DEFENSES**

       NOW COMES the Plaintiff, STEPHANIE BAIYASI, by and through her attorneys, THE MASTROMARCO FIRM, and for her Response to Defendants' Affirmative Defenses states as follows:

1. Denied as untrue.

2. Denied as untrue.

3. Denied as untrue.

4. Denied as untrue.

5. Denied as untrue.

6. Denied as untrue.

7. Denied as untrue.

8. Denied as untrue.

9. Denied as untrue.

10. Denied as untrue.

11. Denied as untrue.

12. Denied as untrue.

13. Denied as untrue.

14. Denied as untrue.

15. Denied as untrue.

16. Denied as untrue.

17. Denied as untrue.

18. Denied as untrue.

19. Denied as untrue.

20. Denied as untrue.

21. Denied as untrue.

22. Denied as untrue.

23. Denied as untrue.

24. Denied as untrue.

25. Denied as untrue.

26. Denied as untrue.

27. Denied as untrue.

28. Denied as untrue.

29. Denied as untrue.

30. Denied as untrue.

31. Denied as untrue.

32. Denied as untrue.

33. No response needed.

34. No response needed.

                                          Respectfully submitted,

                                          THE MASTROMARCO FIRM

Dated: November 30, 2012        *s/Victor J. Mastromarco, Jr.*
                                          VICTOR J. MASTROMARCO, JR. (P34564)
                                          Attorneys for Plaintiff
                                          1024 N. Michigan Avenue
                                          Saginaw, Michigan 48602
                                          (989) 752-1414
                                          vmastromar@aol.com

## PROOF OF SERVICE

A copy of the foregoing has been electronically filed on November 30, 2012. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and parties may access this filing through the Court's system.

Dated: November 30, 2012          *s/Victor J. Mastromarco, Jr.*
                                                   VICTOR J. MASTROMARCO, JR. (P34564)
                                                   Attorneys for Plaintiff
                                                   1024 N. Michigan Avenue
                                                   Saginaw, Michigan 48602
                                                   (989) 752-1414
                                                   vmastromar@aol.com