UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

STEPHANIE BAIYASI,

    Plaintiff,

v

    Case No. 1:11-cv-13094-TLL-CEB

    HON. THOMAS L. LUDINGTON

DELTA COLLEGE and DAVID
BAILEY, in his individual and official
capacity, Jointly and Severally,

    Defendants.
_____/

VICTOR J. MASTROMARCO, JR. (P-34564)
MANDA L. DANIELESKI (P-62597)
Attorneys for Plaintiff
1024 North Michigan Avenue
Saginaw, Michigan 48602
(989) 752-1414

**CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.**
By:    **EILEEN K. HUSBAND** (P-38059)
33900 Schoolcraft
Livonia, Michigan 48150
(734) 261-2400
Attorneys for **Defendants**
_____/

**STIPULATION TO EXTEND DISCOVERY AND
DISPOSITIVE MOTION DATES**

    The parties hereto, by and through their respective Attorneys of record, do hereby Stipulate

and agree to extend the Discovery Cutoff and the Disposition Motion Filed By dates in this case by

sixty (60) days as follows:

        Discovery Cutoff from
        1/31/13 to:                      March 31, 2013

  Dispositive Motions Filed
  By date from 2/28/13 to:   April 29, 2013

| | |
|---|---|
| */s/ Victor J. Mastromarco, Jr.* (w/consent) | */s/ Eileen K. Husband* |
| VICTOR J. MASTROMARCO, JR. (P-34564) | EILEEN K. HUSBAND (P-38059) |
| MANDA L. DANIELESKI (P-62597) | Attorney for Defendants |
| Attorneys for Plaintiff | |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

STEPHANIE BAIYASI,

      Plaintiff,

Case No. 1:11-cv-13094-TLL-CEB

v

HON. THOMAS L. LUDINGTON

DELTA COLLEGE and DAVID
BAILEY, in his individual and official
capacity, Jointly and Severally,

      Defendants.

_____/

### ORDER EXTENDING DISCOVERY AND DISPOSITIVE MOTION DATES

This matter having come before the Court upon the stipulation of the parties, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that the Discovery Cutoff and the Disposition Motion Filed By dates in this case are extended as follows:

| | |
|---|---|
| Discovery Cutoff from 1/31/13 to: | April 1, 2013 |
| Dispositive Motions Filed By date from 2/28/13 to: | April 29, 2013 |

    s/Thomas L. Ludington
    THOMAS L. LUDINGTON
    United States District Judge

Dated: January 10, 2013

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on January 10, 2013.

    s/Tracy A. Jacobs
    TRACY A. JACOBS