UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

STEPHANIE BAIYASI,

          Plaintiff,

v

DELTA COLLEGE and DAVID
BAILEY, in his individual and official
capacity, Jointly and Severally,

          Defendants.
_____/

Case No. 1:11-cv-13094-TLL-CEB
HON. THOMAS L. LUDINGTON

VICTOR J. MASTROMARCO, JR. (P-34564)
MANDA L. DANIELESKI (P-62597)
Attorneys for Plaintiff
1024 North Michigan Avenue
Saginaw, Michigan 48602
(989) 752-1414

**CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.**
By:    **EILEEN K. HUSBAND** (P-38059)
33900 Schoolcraft
Livonia, Michigan 48150
(734) 261-2400
Attorneys for **Defendants**
_____/

## STIPULATION TO ADJOURN SETTLEMENT CONFERENCE

The parties hereto, by and through their respective Attorneys of record, do hereby Stipulate and agree to adjourn the Settlement Conference currently scheduled for Tuesday, January 29, 2013 for the purpose of allowing the parties to engage in good faith non-binding Facilitation of this matter.

| | |
|---|---|
| */s/ Victor J. Mastromarco, Jr.* (w/consent) | */s/ Eileen K. Husband* |
| VICTOR J. MASTROMARCO, JR. (P-34564) | EILEEN K. HUSBAND (P-38059) |
| MANDA L. DANIELESKI (P-62597) | Attorney for Defendants |
| Attorneys for Plaintiff | |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

STEPHANIE BAIYASI,

      Plaintiff,

v

      Case No. 1:11-cv-13094-TLL-CEB

      HON. THOMAS L. LUDINGTON

DELTA COLLEGE and DAVID
BAILEY, in his individual and official
capacity, Jointly and Severally,

      Defendants.
_____/

## ORDER TO ADJOURN SETTLEMENT CONFERENCE

      This matter having come before the Court upon the stipulation of the parties, and the Court being otherwise fully advised in the premises;

      **IT IS HEREBY ORDERED** that the Settlement Conference currently scheduled for Tuesday, January 29, 2013 be adjourned for the purpose of allowing the parties to engage in good faith non-binding Facilitation of this matter.

      s/Thomas L. Ludington
      THOMAS L. LUDINGTON
      United States District Judge

Dated: January 29, 2013

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on January 29, 2013.

      s/Tracy A. Jacobs
      TRACY A. JACOBS