UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

STEPHANIE BAIYASI,

       Plaintiff,

                                                                                               Case Number 11-13094-BC
v.                                                                          Honorable Thomas L. Ludington

DELTA COLLEGE and
DAVID BAILEY, individually
and in his official capacity,

       Defendants.
_____/

**ORDER DIRECTING DEFENDANT TO RESPOND**

      In this employment dispute, Plaintiff filed a motion to extend discovery. The Court has reviewed the motion and believes a response from Plaintiff would be of assistance in adjudicating the matter.

      Accordingly, it is **ORDERED** that Defendant is **DIRECTED** to file a response to Plaintiff's motion to extend discovery on or before **April 17, 2013**.

Dated: April 11, 2013

                                                s/Thomas L. Ludington
                                              THOMAS L. LUDINGTON
                                              United States District Judge

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on April 11, 2013.

                          s/Tracy A. Jacobs
                          TRACY A. JACOBS