## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## NORTHERN DIVISION

_____

STEPHANIE BAIYASI,

       Plaintiff,                  Case No. 11-cv-13094-TLL-CEB
                                                 Hon. Thomas L. Ludington

vs

DELTA COLLEGE and DAVID
BAILEY, in his individual and official
capacity, jointly and severally,

       Defendants.
_____/

THE MASTROMARCO FIRM
VICTOR J. MASTROMARCO, JR. (P34564)
Attorneys for Plaintiff
1024 North Michigan Avenue
Saginaw, Michigan  48602
(989) 752-1414

MANDA L. DANIELESKI (P62597)
Attorney for Plaintiff
1821 N. Michigan Ave.
P.O. Box 2049
Saginaw, Michigan 48605-2049
(989) 401-7890
(989) 401-7892 (fax)

CUMMINGS, McCLOREY, DAVIS & ACHO, PLC
EILEEN K. HUSBAND (P38059)
Attorneys for Defendants
33900 Schoolcraft
Livonia, MI 48150
(734) 261-2400
_____/

**<u>STIPULATION AND ORDER FOR WITHDRAWAL OF
MANDA L. DANIELESKI AS COUNSEL FOR PLAINTIFF</u>**

NOW COME Plaintiff's attorneys and hereby represent, stipulate, and agree as to the following:

1. That that while The Mastromarco Firm (including Victor J. Mastromarco, Jr.) continues to represent Stephanie Baiyasi, as of January 11, 2013, Manda L. Danieleski is no longer an attorney at The Mastromarco Firm.

2. That pursuant to Local Rule Local Rule 83.25(b), an attorney's appearance continues until an order of withdrawal is entered by this Honorable Court.

3. That it is stipulated that this court Order the withdrawal of Manda L. Danieleski as counsel for Plaintiff for the reasons stated above.

4. That the attorney for the Defendant, Eileen K. Husband, was contacted via electronic mail and Ms. Husband has indicated that she has no objection to substitution of Victor J. Mastromarco, Jr., in the place and stead for Manda Danieleski as attorney for Plaintiff.

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| MANDA L. DANIELESKI, ESQ. | THE MASTROMARCO FIRM |
| *s/Manda L. Danieleski* | *s/Victor J. Mastromarco, Jr.* |
| MANDA L. DANIELESKI (P62597) | VICTOR J. MASTROMARCO, JR. (P34564) |
| 1821 N Michigan Ave | 1024 North Michigan Ave. |
| PO Box 2049 | Saginaw, MI 48602 |
| Saginaw, MI 48605 | (989) 752-1414 |
| (989) 401-7890 | vmastromar@aol.com |
| westervm@gmail.com | |
| Dated: April 22, 2013 | Dated: April 22, 2013 |

## ORDER GRANTING STIPULATION FOR WITHDRAWAL OF MANDA L. DANIELESKI AS COUNSEL FOR PLAINTIFF

UPON A READING AND FILING of the Stipulation For Withdrawal Of Manda L. Danieleski as Counsel for Plaintiff;

IT IS HEREBY ORDERED that Manda L. Danieleski is allowed to withdraw as counsel for Plaintiff.

IT IS HEREBY ORDERED that Manda L. Danieleski's appearance on behalf of the Plaintiff is withdrawn.

IT IS SO ORDERED.

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge

Dated: April 23, 2013

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on April 23, 2013.

s/Tracy A. Jacobs
TRACY A. JACOBS

**PROOF OF SERVICE**

I hereby certify that on **April 22, 2013**, I presented the foregoing paper to the Clerk of the Court for uploading to the ECF system using the "Proposed Order" function which does not send notification of such filing to the following: ***Eileen K. Husband*** and have therefore e-mailed a copy to Eileen K. Husband, and I hereby certify that I have mailed by United States Postal Service the document of the following non-ECF participants: **N/A**.

                              THE MASTROMARCO FIRM

Dated: April 22, 2013      By:   *s/Andrew W. Janetzke*
                                 ANDREW W. JANETZKE (P69449)
                                 1024 N. Michigan Avenue
                                 Saginaw, Michigan 48602
                                 (989) 752-1414