UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

STEPHANIE BAIYASI,

       Plaintiff,

v.

       Case Number 11-13094-BC
       Honorable Thomas L. Ludington

DELTA COLLEGE and
DAVID BAILEY, individually
and in his official capacity,

       Defendants.
_____ /

## ORDER EXTENDING DISPOSITIVE MOTION DEADLINE

A telephone conference was held in this employment dispute litigation on May 2, 2013. At the conference, the parties sought an extension of the dispositive motion deadline. They succeeded in picking up 10 days.

Accordingly, it is **ORDERED** that the dispositive motion deadline is extended from June 20, 2013 to July 1, 2013.

It is further **ORDERED** that all other dates in the case management and scheduling order remain in place.

Dated: May 3, 2013

       s/Thomas L. Ludington
       THOMAS L. LUDINGTON
       United States District Judge

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on May 3, 2013.

       s/Tracy A. Jacobs
       TRACY A. JACOBS