UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

STEPHANIE BAIYASI,

    Plaintiff,

v

    Case No. 1:11-cv-13094-TLL-CEB

    HON. THOMAS L. LUDINGTON

DELTA COLLEGE and DAVID BAILEY, in his individual and official capacity, Jointly and Severally,

    Defendants.
_____/

VICTOR J. MASTROMARCO, JR. (P-34564)
Attorneys for Plaintiff
1024 North Michigan Avenue
Saginaw, Michigan 48602
(989) 752-1414

**CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.**
By:   **EILEEN K. HUSBAND** (P-38059)
       **ELIZABETH RAE-O'DONNELL** (P-41529)
33900 Schoolcraft
Livonia, Michigan 48150
(734) 261-2400
Attorneys for **Defendants**
_____/

## STIPULATION FOR
## VOLUNTARY DISMISSAL WITH PREJUDICE

    Now come the Parties by and through their respective Counsel and Stipulate

that the above-captioned cause be dismissed with prejudice in its entirety as to all

Defendants, DELTA COLLEGE and DAVID BAILEY, and without costs or attorney fees to any party.

| | |
|---|---|
| */s/ Victor J. Mastromarco* (w/consent) | */s/ Eileen K. Husband* |
| VICTOR J. MASTROMARCO, JR. (P-34564) | EILEEN K. HUSBAND (P-38059) |
| Attorney for Plaintiff | Attorney for Defendants |

p:\jc\ekh\delta(baiyasi).stip ord vol dismiss.docx

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

STEPHANIE BAIYASI,

       Plaintiff,

v

DELTA COLLEGE and DAVID
BAILEY, in his individual and official
capacity, Jointly and Severally,

       Defendants.

Case No. 1:11-cv-13094-TLL-CEB

HON. THOMAS L. LUDINGTON

_____/
VICTOR J. MASTROMARCO, JR. (P-34564)
Attorneys for Plaintiff
1024 North Michigan Avenue
Saginaw, Michigan 48602
(989) 752-1414

**CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.**
By:   **EILEEN K. HUSBAND** (P-38059)
        **ELIZABETH RAE-O'DONNELL** (P-41529)
33900 Schoolcraft
Livonia, Michigan 48150
(734) 261-2400
Attorneys for **Defendants**
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court upon the Stipulation of the Parties,

It is hereby **ORDERED** that the above captioned cause is dismissed with prejudice in its entirety as to all Defendants, DELTA COLLEGE and DAVID BAILEY, and without costs and/or attorney fees to any party.

This is a Final Order which disposes of all claims raised in the Complaint and closes the case.

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge

Dated: October 4, 2013

---

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on October 4, 2013.

s/Tracy A. Jacobs
TRACY A. JACOBS
